**Order entered August 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00302-CV

## IN RE: DAVID R. BARNES, relator

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

# ORDER

Not later than September 3, 2019, Elizabeth Neve Griffin, Official Court Reporter in and for the 302nd Judicial District Court of Dallas County, State of Texas, is hereby ordered to file, under seal, for this court's *in camera* review, the reporter's record of the December 19, 2018 in-chambers interview of M.B. and K.B.

/s/     DAVID L. BRIDGES
JUSTICE